UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARA CASEY, on behalf of herself and all others similarly situated,

                Plaintiff,

     v.

ODWALLA, INC., and
THE COCA-COLA COMPANY,

                Defendants.

Case No. 7:17-cv-2148-NSR-LSM

## DECLARATION OF JEFFREY A. ROSENFELD

I, Jeffrey A. Rosenfeld, being duly sworn under oath, do swear and affirm as follows:

1. I am a duly licensed attorney at law admitted to practice, and currently in good standing, in the state of California and admitted *pro hac vice* to this Court. I am a partner of the law firm of Alston & Bird LLP, counsel of record for Defendants Odwalla, Inc. and The Coca-Cola Company in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, would testify competently thereto.

2. On September 12, 2017, I submitted a Freedom of Information Act ("FOIA") request to the United States Food and Drug Administration ("FDA"), Division of Freedom of Information, Office of the Executive Secretariat, OC, 5630 Fishers Lane, Room 1035, Rockville, MD 20857, Fax: 301.827.9267.

3. On October 6, 2017, the FDA responded to my FOIA request. Among other things, the FDA produced a letter, dated August 31, 2017, authored by Douglas A. Balentine, Ph.D., Director, Office of Nutrition and Food Labeling for the FDA. This letter is addressed to

1

Maia Kats and Laura MacCleery of the Center for Science in the Public Interest, and indicates that it is in response to a May 24, 2017 letter from Ms. Kats and Ms. MacCleery. Attached hereto as **Exhibit A** is a true and correct copy of the FDA's October 6, 2017 email to me and the first two pages of the attachment thereto, consisting of Dr. Balentine's August 31, 2017 letter to Ms. Kats and Ms. MacCleery.

      4. Attached hereto as **Exhibit B** is a true and correct copy of the May 24, 2017 letter from Maia Kats and Laura MacCleery of the Center for Science in the Public Interest to the FDA that the FDA also produced to me in its FOIA response.

      5. Attached hereto as **Exhibit C** is the United States Food and Drug Administration Inspection Guide product categories and products, attachment 26, available at: https://www.fda.gov/iceci/inspections/inspectionguides/ucm114704.htm, last visited August 14, 2019.

      6. Attached hereto as **Exhibit D-L** are true and correct copies of excerpts from the Code of Federal Regulations and Federal Register cited in Odwalla's concurrently filed Memorandum of Law in support of the Motion for Judgment on the Pleadings:

        a. 21 CFR § 101.60 is attached hereto as **Exhibit D**;

        b. 21 CFR § 120.1 is attached hereto as **Exhibit E;**

        c. 21 CFR § 101.9 is attached hereto as **Exhibit F;**

        d. 21 CFR § 101.13 is attached hereto as **Exhibit G;**

        e. 58 Fed. Reg. 2229, 2240, 2248-49, 2250, 2254, 2259, 2271, 2302, 2327, and 2328 (Jan 6, 1993) is attached hereto as **Exhibit H;**

        f. 81 Fed. Reg. 33742 *et seq.* (May 27, 2016) is attached hereto as **Exhibit I;**

        g. 21 CFR § 146.140 is attached hereto as **Exhibit J;**

      h. 21 CFR § 146.145 is attached hereto as **Exhibit K;** and

      i. 56 Fed. Reg. 60421, 60432 (Nov. 27, 1991) is attached hereto as **Exhibit L.**

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed this 15th day of August 2019, in Los Angeles, California.


                                                         */s/ Jeffrey A. Rosenfeld*
                                                         Jeffrey A. Rosenfeld