# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                    November 15, 2019
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION NOTICE

The in-person conference scheduled for Monday, November 18, 2019, at 11:00 AM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of Casey v. Odwalla, et al., 17-cv-2148 (NSR)(LMS), has been *cancelled*.

SO ORDERED:  _/s/ Lisa Margaret Smith_
Hon. Lisa Margaret Smith
U.S.M.J.