UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARA CASEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ODWALLA, INC. and<br>THE COCA-COLA COMPANY,<br><br>Defendants. | Case No. 7:17-cv-2148 |

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

**PURSUANT TO FED.R.CIV.PROC. 41(a)(1)(A)(ii)**

**TO THE UNITED STATES DISTRICT COURT, THE HONORABLE NELSON S. ROMÁN, AND TO THE CLERK OF THE COURT:**

The Parties to this action, Plaintiff TARA CASEY and Defendants ODWALLA, INC. and THE COCA-COLA COMPANY, by and through their respective counsel, stipulate and agree that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each side to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: December 16, 2019

Respectfully submitted,

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER LLP**

By _/s/ Todd S. Garber_
Todd S. Garber
Bradley F. Siverman
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER LLP**
445 Hamilton Ave., Suite 605
White Plains, NY 10601
tgarber@fbfglaw.com
bsilverman@fbfglaw.com
Telephone: (914) 298-3283
Facsimile: (914) 824-1561

Attorneys for Plaintiff **TARA CASEY**

Dated: December 16, 2019

Respectfully submitted,

**ALSTON & BIRD LLP**

By _/s/ Jeffrey A. Rosenfeld_
Jeffrey A. Rosenfeld (admitted *pro hac vice*)
Rachel Lowe (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
jeffrey.rosenfeld@alston.com
rachel.lowe@alston.com
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

Jessica Supernaw
Jessica.supernaw@alston.com
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9572

Attorneys for Defendants
**ODWALLA, INC. and THE COCA-COLA COMPANY**

LEGAL02/39403423v1